1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  S. WAQAR HASIB  (CABN 234818)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: waqar.hasib@usdoj.gov
8  Attorneys for Plaintiff

**FILED**

FEB 2 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

9
10                    UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION
13  UNITED STATES OF AMERICA,          )   No. CR-11- 0764-PJH
                                       )
14          Plaintiff,                 )
                                       )   NOTICE OF DISMISSAL
15      v.                             )
                                       )
16  MARY LOUISE BUDD,                  )
                                       )   (Oakland Venue)
17          Defendant.                 )
                                       )
18  _____   )
19          With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
20  United States Attorney for the Northern District of California dismisses the above indictment
21  without prejudice and moves that the Court quash the arrest warrant issued in connection with
22  the indictment in this case.

DATED: 2/22/12
23                                         Respectfully submitted,
24                                         MELINDA HAAG
                                           United States Attorney
25
26                                         MIRANDA KANE
                                           Chief, Criminal Division
27
28

NOTICE OF DISMISSAL (CR 11-0764-PJH)

Leave is granted to the government to dismiss the indictment.  It is further ordered that the arrest warrant issued in connection with the indictment is quashed.

Date: 2/24/12

HON. PHYLLIS J. HAMILTON
United States District Judge

2